Decisions on Petitions for Writs of Certiorari.

No. 571. JAMES GALVIN, PETITIONER, v. CITY OF GRAND RAPIDS. February 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Timothy E. Tarsney* for the petitioner. No appearance for respondent.

---

No. 551. C. M. PATTERSON, PETITIONER, v. R. M. WADE. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John H. Mitchell* for the petitioner. *Mr. Joseph Simon* for the respondent.

---

No. 557. ATLANTIC TRUST COMPANY, PETITIONER, v. EDGAR C. CHAPMAN, RECEIVER, ETC. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Stanley W. Dexter, Mr. Edward B. Whitney* and *Mr. J. J. Scrivner* for the petitioner. (*Mr. Wheeler H. Peckham, Mr. Adrian H. Joline, Mr. William B. Hornblower, Mr. Herbert B. Turner, Mr. Jno. E. Parsons, Mr. Wm. W. Green* and *Mr. Allan McCulloh,* for certain interested parties, filed a brief in support of petition, by special leave of the court.) *Mr. Charles N. Fox* for the respondent.

---

No. 568. ROBERT B. WHALLEY, MASTER, ETC., PETITIONER, v. THOMAS TRAVERS ET AL. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for the petitioner. *Mr. W. C. Beecher* for the respondents.

---

